ACCEPTED
01-15-00173-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 10:11:28 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00173-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 10:11:28 PM
CHRISTOPHER A. PRINE
Clerk

_____

JOAN JOHNSON, KALETA JOHNSON, SETH JOHNSON,
AND WIRT BLAFFER,

Appellants

v.

MICHAEL PHILLIPS, SPINDLE TOP PUBLISHING,
AND PHILLIPS AKERS WOMAC, P.C.,

Appellees

_____

On Appeal from the 333rd Judicial District Court
Harris County, Texas
Trial Court Cause No. 2011-14027

_____

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

_____

Patrick Zummo
State Bar No. 22293450
pzummo@zoomlaw.com
LAW OFFICES OF
  PATRICK ZUMMO
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 651-0590
(713) 651-0597 [facsimile]

Marc S. Tabolsky
State Bar No. 24037576
mtabolsky@yettercoleman.com
YETTER COLEMAN LLP
Two Houston Center
909 Fannin, Suite 3600
(713) 632-8000
(713) 632-8002 [facsimile]

ATTORNEYS FOR APPELLANTS

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants Joan Johnson, Kaleta Johnson, Seth Johnson, and Wirt Blaffer, respectfully request under Texas Rule of Appellate Procedure 10.5(b) that the Court grant a 7-day extension of time to file appellants' brief in the above-captioned matter.

Appellants' brief is currently due on July 31, 2015. If the requested extension is granted, appellants' brief will be due on August 7, 2015. Appellees do not oppose this request for an extension.

Appellants have previously requested and received a 14-day extension of time to file their brief.

On May 27, 2015, appellants filed a motion to reset the briefing deadlines because the clerk's record omitted several key documents that had been timely requested to be included in the clerk's record. On June 3, 2015, the Court granted the motion, ordered the district clerk to supplement the record within 30 days, and ordered that appellant's brief would be due 30 days from the date the supplemental record was filed.

On July 13, 2015, appellants filed a motion for a 14-day extension of time to file their opening brief. The motion was granted.

Appellants request this extension because their counsel have had unexpected medical issues arise in the past two weeks and will also continue to have significant time commitments related to numerous other cases that make it impracticable to complete the brief in this matter by the current deadline, including:

- Mr. Zummo has had and continues to have an unexpected medical issue that limited his ability to work last week and this week;

- Mr. Tabolsky has to travel for and attend multiple depositions in *Smith v. SEECO, Inc.*, Case No. 4:14-cv-435-BRW, in the United States District Court for the Eastern District of Arkansas, Western Division;

- Mr. Tabolsky has to prepare for a hearing on multiple motions that was recently set for July 29, 2015 in Little Rock, Arkansas in *Smith v. SEECO, Inc.*, Case No. 4:14-cv-435-BRW, in the United States District Court for the Eastern District of Arkansas, Western Division

- Mr. Tabolsky has had and continues preparation for post-trial motions set to be argued on August 4, 2015, in *Lufkin Industries, Inc. v. IBM Corp.*, No. CV-02073-13-02, in the 159th District Court, Angelina County, Texas;

- Mr. Tabolsky has preparation for oral argument set for August 31, 2015, in *MM Steel, L.P. v. Reliance Steel & Aluminum Co.*, No. 14-20267, in the Fifth Circuit Court of Appeals;

For these reasons, appellants request a 7-day extension of time to file their opening brief until August 7, 2015.

Respectfully submitted:

YETTER COLEMAN LLP
Two Houston Center
909 Fannin, Suite 3600
(713) 632-8000
(713) 632-8002 Facsimile

By /s/ Marc S. Tabolsky
    Marc S. Tabolsky
    State Bar No. 24037576
    mtabolsky@yettercoleman.com

LAW OFFICES OF PATRICK ZUMMO
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 651-0590
(713) 651-0597 Facsimile

     Patrick Zummo
     State Bar No. 22293450

*Attorneys for Appellants*
*Joan Johnson, Kaleta Johnson,*
*Seth Johnson, and Wirt Blaffer*

4

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on July 27, 2015, I conferred by e-mail with William W. Ogden, counsel for appellees Michael Phillips, Spindle Top Publishing, and Phillips Akers Womac, P.C. Counsel advised me that appellees do not oppose this motion.

/s/ Marc S. Tabolsky
Marc S. Tabolsky

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on the following counsel of record for appellee via e-service on July 27, 2015.

William W. Ogden
Ogden, Gibson, Broocks, Longoria & Hall, L.L.P.
1900 Pennzoil South Tower
711 Louisiana
Houston, Texas 77002
*Attorney for Appellees*
*Michael Phillips, Spindle Top*
*Publishing, and Phillips Akers*
*Womac, P.C.*

/s/ Marc S. Tabolsky
Marc S. Tabolsky